UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>CEMPRA PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | Case No.: 3:19-cv-1866-W-AHG<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

On December 27, 2019, Defendants Cempra Pharmaceuticals, Inc., Melinta Therapeutics, Inc.,[1] and Melinta Subsidiary Corp. filed a Suggestion of Bankruptcy on the record, explaining that each of these Debtor entities has filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. ECF No. 14. The bankruptcy filings operate as an automatic stay of all judicial actions against those Defendants pursuant to 11 U.S.C. § 362(a). Thus, in light of the automatic stay, the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC")

---

[1] Defendant Melinta Therapeutics, Inc. was formerly known as Cempra, Inc., which is also a named Defendant. *See* ECF No. 14 at 2 n.1.

currently scheduled for February 12, 2020 are hereby **VACATED**.

Notably, it appears the bankruptcy proceedings involve only four of the five named Defendants in this action. However, the sole non-debtor Defendant Castle Acquisition Corp. ("Castle") has not yet filed any responsive pleading in this case, and there is no proof of service on the record to indicate whether a responsive pleading is yet due from Castle. If non-debtor Defendant Castle files an Answer, the Court will reset the ENE and CMC at that time so that Plaintiff and Castle may attempt settlement negotiations and, if negotiations fail, begin to engage in discovery. *See, e.g.*, *Dish Network, LLC. v. Jadoo TV, Inc.*, No. CV 18-9768-FMO (KSX), 2019 WL 4544423, at \*4 (C.D. Cal. Aug. 14, 2019) ("It is well established that an automatic bankruptcy stay does not extend to non-debtors") (citing *In re Chugach Forest Prods., Inc.*, 23 F.3d 241, 246 (9th Cir. 1994)); *In re Miller*, 262 B.R. 499, 505 (Bankr. App. P. 9th Cir. 2001) ("[S]ection 362(a) does not preclude generation of information regarding claims by or against a non-debtor party, even where that information could eventually adversely affect the Debtor[s].").

**IT IS SO ORDERED.**

Dated:  December 30, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge